Peretz Bronstein (pb8628)
Bronstein Gewirtz & Grossman, LLC
60 East 42nd Street, Suite 4600
New York, New York 10165
(212) 697-6484
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
UNITED TORAH ED. & SCHOLARSHIP
FUND, INC.,
        Plaintiff,

   --against--          13-cv-3619 (RJS)

SOLOMON CAPITAL, LLC, et al.,
        Defendants.
-----------------------------------------------------------------

## NOTICE OF MOTION

   PLEASE TAKE NOTICE that, upon the accompanying affirmation of Shlomo Sharbat and Memorandum of Law, each dated November 21, 2013, defendants will move, at a date and time to be set by the Court, at the United State Courthouse, Courtroom 905, 40 Foley Square, New York, New York 10007, for an Order dismissing the Second Amended Complaint [Doc. 21] pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(5).

Date: November 21, 2013

                Respectfully submitted,
                /s/ Peretz Bronstein (pb8628)
                BRONSTEIN, GEWIRTZ &
                  GROSSMAN, LLC
                60 East 42nd Street, Suite 4600
                New York, NY 10165
                (212) 697-6484
                Attorneys for Defendants