# EXHIBIT A

שונה – פרט לחתימה אין נשא/לגבי

"שם בלמואו
או השם הקודם

\*Name in full
or former name

Maiden name
שם נעורים

Passport valid for   All countries   כל הארצות   הדרכון תקף ל

Signature of bearer
חתימת בעל הדרכון

On receipt of passport
sign here
בקבלך את הדרכון
חתום כאן

.......... amended - see page ____   שונה – ראה עמוד ____

---

PASSPORT   דרכון   STATE OF ISRAEL   מדינת ישראל

Type / סוג: P / T
Code of State / סמל המדינה: ISR
Passport No. / מס' דרכון: [redacted]

Surname: SHARBAT   שם משפחה: שרבט
Given name: SHLOMO   שם פרטי: שלמה
Nationality: ISRAELI   אזרחות: ישראלית
Date of birth / תאריך לידה: 29/08/1969
I.D. No. / מס' זהות: 3-3286095-6
Sex / מין: M / ז
Place of birth / מקום לידה: USA   ארצות הברית
Date of issue / תאריך הוצאה: 24/08/2010
Date of expiry / תאריך פקיעת תוקף: 23/08/2020
Authority - I.C. Passport at: TEL AVIV-YAFO
סמכות – ממונה דרכונים ב-: ת"א-מרכז

```
P<ISRSHARBAT<<SHLOMO<<<<<<<<<<<<<<<<<<<<<<<<
14326283<1ISR6908290M20082393<3286095<6<<82
```