EXHIBIT B



**DRIVING LICENCE** רשיון נהיגה
**STATE OF ISRAEL** מדינת ישראל



שרבט
1. SHARBAT

שלמה
2. SHLOMO

3. 29.08.1969

4b. 29.08.2015

5. ID

4a. 20.07.2011

4d.

0956

8. יפו - תל אביב  10 גוש חלב

9. B

המרה על פי רשיון זר
מוגבל לרכב עם תיבת הילוכים אוטומטית