UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED TORAH  EDUCATION              )
& SCHOLARSHIP FUND, INC.,            )
                                     )
        Plaintiff,                  )     **13 CIV 3619 (RJS)**
   -against-                        )
                                     )     **DECLARATION OF**
SOLOMON CAPITAL LLC, et al           )     **JASON GOLD**
                                     )
        Defendants.                )
--------------------------------------------------------X

    I, **JASON GOLD**, hereby declare, pursuant to 28 U.S.C. 1746, under penalties of perjury as follows:

    1.    I am a principal of New World Merchant Partners LLC ("NWMP"), a financial and transactional advisor to Genesis Biopharma, Inc. ("Genesis"), a Nevada corporation doing business in California, in connection with its restructuring and recapitalization. *See* Letter Retention Agreement dated August 14, 2012 annexed hereto as **Exh. A** and the proposed Termsheet for the Restructuring and Recapitalization of Genesis annexed hereto as **Exhibit B**.

    2.    NWMP was introduced to the Genesis deal by Mark Beychok of MBA Holdings Ltd. whom I have known for some time. At some point, Mr. Beychok introduced me to Solomon Sharbat ("Sharbat") as an associate who was intimately involved in the Genesis transaction, but whom I was to meet in Israel. Ultimately, NWMP entered into a Non-Disclosure Agreement involving Sharbat and a party he sought to introduce in connection with the Genesis restructuring on April 8, 2013, *see* **Exhibit C** annexed hereto**.** Genesis, MBA Holdings and NWMP are all American companies and do all their business in the United States. Genesis and MBA Holdings do business in California and NWMP in New York.

3.When I first met Sharbat in Israel, I thought he was just vacationing there or on an extended stay but that he lived in New York. I was surprised when he told me he actually lived in his parents' apartment in Tel Aviv, Israel, but did not say anything. After I got to know him a little better, we were discussing over dinner people in the United States who had committed crimes and fled to countries like Israel to try and hide there and avoid prosecution.  I intuited this about him and so I asked him point blank: "so why are you hiding out here in Israel?"

4.He responded that he had "some problems" with the SEC and he could be risking arrest upon return to the United States, which he wanted to avoid at all costs.  I was surprised as I told him that I thought he had become an Israeli citizen.  He replied that he was bored in Israel, that he could not wait to go back "home," and that he was staying here only for a short time until "the heat was off."

Declarant declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  New York, NY
         December 2, 2013

_____
JASON GOLD