# Exhibit J

# CONSULTING AGREEMENT

THIS AGREEMENT ("**Agreement**"), dated Dec 31ˢᵗ, 2011, confirms that **Novo Energies Corporation (To be known as Immunovative Inc.),** a Florida corporation, 750 Cote de Place d'Armes, Montreal, Quebec, Canada H2Y 2X8, its subsidiaries and affiliates ("**The Company**") have retained _Soloman Partner_ with principal address below ("**Consultant**"), for the purposes described in this Agreement in accordance with the terms and conditions specified herein, and Consultant has agreed to such engagement.

1. **Purpose of Engagement.** Consultant will render strategic advisory services (the "Services") as outlined below:

   • Assist The Company in developing marketing, media and investor relations strategies
   • Assist The Company in developing an acquisition strategy and structure.
   • Assist The Company establish an investor and public relations satellite office in Israel
   ÷ Other services as mutually agreed to by The Company and Consultant.

2. **Period of Engagement.** Consultant's engagement under this Agreement will commence on the date written above and expire thirty six (36) months later, unless mutually extended by the parties. Notwithstanding the foregoing, this Agreement may be terminated by either party, at any time, with or without cause, upon thirty (30) days written notice to that effect to the other party.

3. **Consultant's Compensation.**

   

   (a) **Retainer.** The Company upon execution of this Agreement shall pay Consultant $5,000 and issue 250,000 common shares of the Company. The shares shall be issued pursuant to the exemption from registration provided by Section 4(2) of the Securities Act and the Company agrees to assist Consultant with the removal of any legends once the holding period and other requirements of Rule 144 have been satisfied. The shares shall immediately vest regardless of the services performed by Consultant or earlier termination of this Agreement. The shares are considered earned as of the date of this Agreement.

   (b) **Monthly Payment.** The Company shall pay Consultant monthly $ 10,000 by the tenth (10ᵗʰ) calendar day of each month and monthly issue 50,000 common shares of the Company. The shares shall be issued pursuant to the exemption from registration provided by Section 4(2) of the Securities Act and the Company agrees to assist Consultant with the removal of any legends once the holding period and other requirements of Rule 144 have been satisfied. The shares shall immediately vest regardless of the services performed by Consultant or earlier termination of this Agreement. The shares are considered earned as of the date of the first date of the

upon or required issuance, even if the shares are issued at a latter date.

(c) **Reimbursements.** The Company shall reimburse Consultant for all prior approved expenses. *(Please let's set a monthly budget)*

(d) **Introductions.** To the extent that the Consultant introduces The Company to any sources of equity or debt, the Company agrees to:

   (i) pay the Consultant 8% of all cash amounts actually received by the Company in equity, 2% on any debt; and

   (ii) to issue to the Consultant three-year warrants in The Company to acquire a number of shares equal to:

$$\frac{8\ \%\ X\ \text{Cash amounts actually received by the Company)}}{\text{(Share Price on the closing date of the investment)}}$$

The exercise price of the Warrants shall be 150% of the Share Price on the closing date of the investment

(d) The Company, in its sole discretion, may make additional cash payments and or issue additional shares to Consultant based upon the Consultant's performance.

The parties have caused this Agreement to be executed by their duly authorized representatives as of the date written above.

Engagement terms (including attached Exhibit A, Standard Terms and Conditions) accepted by:

NOVO ENERGIES CORPORATION     _Solomon Partner_

By: _____

Name: Antonio Treminio

Title: Chief Executive Officer

By: _Solomon Partners In_

Name: _Solomon Sharbat_

Title: _founder_

Address: _Gush Hala, 7 ?_

_TEL-Aviv Israel_

# Exhibit K

**From**:   Mark Beychok <mb@mbaholdings.com>
**To**:   Seth Shaw <sshaw@imun.com>, Seth Shaw <sethsms47@aol.com>
**Cc**:   Solomon Sharbat <ssharbat@yahoo.com>
**Subject**:   Solomon's Stock opinion letter
**Date**:   Mon 06/25/12 10:17 PM

Hi Seth,

We had an agreement that the opinion for both stock purchases by Solomon
would be completed last week.

Also i left a message for Price and did not get a return call.

This is not right !


Mark
-----------------------------------

From: sethsms47@aol.com
Date: Tue, 26 Jun 2012 12:39:54
To: Mark Beychok<mb@mbaholdings.com>
Reply-To: sethsms47@aol.com
Subject: Re: Solomon's  Stock opinion letter

Yeah I know.  The opinion letter should be complete at this point.  Both of them.  And in no way did I not,
or am I not upholding my end of the agreement.   I have tried David price no less than 5 times and will
continue to today.
Unfortunately I am not a securities attorney, so I cannot personally render an opinion letter.   And Mr.
Treminio has informed the transfer agent that they are only to accept opinion letters constructed by Mr.
Price.   So I will continue to call Mr. Price and ask Mr. Treminio to get this done.
I am in complete agreement with Solomon Sharbat that these opinion letters should be submitted to him
NOW.   He paid for his stock and held his stock for the requisite holding period.   There is no excuse not
to provide him with what he has the rights to.
I just personally am not legally allowed to write the opinion letter, otherwise I would.
And for the record I want to see Solomon make a lot of money on his investment, we have both gone
through some difficult things the past few years and he deserves to treated fairly and deserves to make
money.

I am incredibly unhappy with David Price's lack of responsiveness.  I know that he has been travelling, but
there is no excuse.  I will stay on top of this all day today.  I'm in Montreal with Mr. Treminio and this is the
very top of my agenda today

Warmest Regards
Seth Shaw

Fax: +1-514-221-3336

417 Saint Pierre Street, suite 804
Montreal, Quebec, Canada
H2Y 2M4
email: glahlou@imun.com

On 2013-01-15, at 11:50 AM, ssharbat@yahoo.com wrote:


Hello Galia - I hope you'r ok - I was just updating you in this email an understanding between me and Seth shaw to have 1 million shares of imun available to me for some work as a consultation to be issued to me I believe as s8 shares - please speak to Seth so you can process - I am very hopeful to resolve or attempt to resolve the situation we are in now due to Har Noys bi polar disorders

Sent from my iPhone


------------------------------------

**From**:      sethsms47@aol.com
**Reply-To**:  sethsms47@aol.com
**To**:        "Solomon" <ssharbat@gmail.com>, "Ronald J. Logan" <Logan@LoganLF.com>
**Cc**:        "ram Dekel" <ram@dekel-law.co.il>, "Mark Beychok" <mb@mbaholdings.com>
            Re: IMMUNOVATIVE INC Cert 4462
**Subject**:
**Date**:      Mon 08/06/12 05:43 PM

```
There are no shares owed at this time to Solomon Sharbat.  Unfortunately
there is a misunderstanding on behalf of Solomon.  A complete
misunderstanding.  There are no shares owed to Mr. Sharbat, by either
msyelf or Antonio Treminio.  However I will help in any way I can, to
solve any transfer agent related issues.  I would recommend that these
distortion of facts, cease immediately.  As they are really quite untrue
and suggest that agreements are in place that never formalized.
Antonio Treminio and the Company, as I discussed with Solomon tonight,
has not agreed to transfer 500,000 to Solomon Sharbat.  There was a
settlement offer that included 500,000 shares and $10,000 cash that was
presented to Solomon Sharbat earlier in 2012, but this agreement was
never signed.  After review of my email record, it is crystal clear that
Solomon Sharbat chose not to sign that agreement.  Therefore that
settlement agreement was never executed and effective.  To suggest that I
committed that Antonio, CEO of Immunovative, is going to sell 500,000
shares of stock for Solomon at 30 cents, is pure fiction, fabrication,
and a complete lie.  And accordingly there will be NO messages or emails
that suggest this.  I am happy to help with the issue that seems to be
holding up Solomon's validly purchased shares at the transfer agent.
But I will not tolerate any fabrications or putting words in my mouth.


Seth
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: Solomon <ssharbat@gmail.com>
Date: Tue, 7 Aug 2012 03:15:05
To: Ronald J. Logan<Logan@LoganLF.com>
```

```
Cc: ram Dekel<ram@dekel-law.co.il>; Mark Beychok<mb@mbaholdings.com>;
Seth Shaw<sethsms47@aol.com>
Subject: Re: IMMUNOVATIVE INC Cert 4462

The 500,000  antonio shares owed is worth 150 k and the 250 k shares
Seth is valued at 75 k for a grand agreed total of 225 k to be wired by
end of the week Friday - as promised in emails and notes

Sent from my iPhone
---------------------------------------------------------------------
```

**From:** atreminio@me.com
**Date:** 1 07:11:40 2012 באוגוסט GMT+03:00
**To:** "Shlomi" <ssharbat@yahoo.com>
**Subject: Re: Re looking good**
**Reply-To:** atreminio@me.com

Shlomo,

I can't speak on behalf of Seth nor Seth can speak on behalf of the Company without Director's approval.
.

Btw us: so there is no more bad blood:

My position is that I gave you discounted shares at $0.05 cents when I was raising funds at $0.10 cents from everyone else. We raised $5,000,000 - I gave you this discounted shares in good faith so you put skin in the game and work with me, but the whole thing got derailed...  Doesn't matter anymore...

Please don't patronize by telling me that I am man of my word... I am and I deliver! I want to be your friend, but if we are going to do business, you have to rely on me and I will rely on you. Simple as that.

I can not give you 500,000 shares for zero consideration, please understand my sensitive position, but I am willing to discuss the following proposition:

1)- First, I have performed to the best of my ability for you and all my shareholders.

2)- I'm closing the $0.10 PPM and will not raise anymore $0.10 stock. I'm doing another small raise  $2.5M at $0.175 (or higher) on August 22nd.

3)- But I am prepare and in good faith once last time let you or any of your contacts invest at $0.10 up to $250,000 but the signed subscription agreement has to be in by Friday August 3rd 5:00 p.m. NY time and the money has to hit the Corporate account by or before Tuesday August 7th, if so, I am prepare to grant you 500,000 common shares as part of your finder's fee, but no cash. The cash has to stay in the Company. The Company needs it so we continue building value.

Then moving forward you shall get 8% cash and stock on any funds that you introduce or help us raise.

Please understand my position. There has to be a fair exchange. I have already made sure that you have a chance to do very well and I hope that you can appreciate it. This is a thankless job, very few have the class to email me or call me and say thank you or Good Job. It is always more, yet I am putting always my neck on the line.

Help us succeed and we shall be stronger and better.

I am happy the stock is doing fine and that my shareholders have a chance to gain profit. I can raise

money myself, Millions! I'm more than capable and incredibly well connected, so imagine if we worked united.  I am prepare to give us this chance in good faith. I know deep inside you are a good man, but you have to work me and you have to try to put yourself in my shoes.

I look forward to your feed back.

Thank you,

Regards, (Going to bed, hope to speak with you soon, good night)

AT

AT
Sent via BlackBerry from T-Mobile

-----Original Message-----
From: Shlomi <ssharbat@yahoo.com>
Date: Wed, 01 Aug 2012 06:02:25
To: atreminio@me.com<atreminio@me.com>
Subject: Re: Re looking good

Seth told me we are good on the sett of 500,000 shares imun and 10k as agreed between you and me so I'm being opened to you now -I'm sure  you are a man of your word as everyone says you are from dave price and seth

Sent from my iPad

------------------------------------

| | |
|---|---|
| **From**: | Shlomi <ssharbat@yahoo.com> |
| **To**: | Mark Beychok <mb@mbaholdings.com> |
| **Cc**: | Simon Schwarz <sschwarz@justice.com> |
| **Subject**: | Fwd: IMUN- see blow bool shit |
| **Date**: | Mon 07/23/12 09:13 AM |

Sent from my iPad

Begin forwarded message:

**From:** "David E. Price, Esq." <David@TopTier.eu>
**Date:** 23 19:07:07 2012 ביולי GMT+03:00
**To:** "ram" <ram@dekel-law.co.il>
**Cc:** "'Shlomi'"" <ssharbat@yahoo.com>
**Subject:** IMUN
**Reply-To:** David@TopTier.eu

Ram                                                                                          -

 Just tried calling you on the office line, no answer. Was just speaking with Shlomo right now (10 mins ago).   I   wanted   to   call   you   just   so   you   know   where   we   are   -

 I fully understand that Shlomo wants $10,000- & 500,000 shares. Antonio says very clearly that that was to be for consulting, but that Shlomo never brought anyone to invest at all. Meanwhile, while Antonio has

raised $5,000,000 at .10, he let Shlomo alone - the only one - to invest at .0-5, the stock is now at .15 & may well move up from there. He invested money & got his stock at a very good price. As a consultant, nobody was brought to the table, so nothing is owed.

However, it really is NOT adversarial, as Antonio actually likes Shlomo a lot & is interested in working with him. So my thought is that perhaps we can construct a current Consulting Agreement so that if Shlomo can bring a real investor to the table, that current consideration can be given which would more than take care                                                                of                                                       Shlomo.

I will not be able to speak with Antonio again until tomorrow sometime as he's at a doctor's office most of the               day.         But              this           is          where           it           is.

Personally, I think this is the best & most positive way forward as it allows them to put their energies into something current & productive rather than arguing about the past, which is a dead end.

I    will    let    you    know    as    soon    as    I    hear    anything.

-                                                                                                                        David
David,

**From**:    Solomon <ssharbat@gmail.com>
**To**:      Mark Beychok <mb@mbaholdings.com>, ram Dekel <ram@dekel-law.co.il>
**Cc**:      "Ronald J. Logan" <Logan@LoganLF.com>
**Subject**: Fwd: IMMUNOVATIVE INC Cert 4462
**Date**:    Tue 08/21/12 02:46 PM

See below - 4 lawyers and no one can get this done already -

Sent from my iPad
shlomi sharbat -054 3311416

Begin forwarded message:

**From:** Joslyn Claiborne <Joslyn@pacificstocktransfer.com>
**Date:** August 22, 2012 0:20:34 GMT+03:00
**To:** "Ronald J. Logan" <Logan@LoganLF.com>, Solomon <ssharbat@gmail.com>, Nicholas Lobasso <nlobasso@globalarenacapital.com>
**Cc:** "David@TopTier.eu" <David@TopTier.eu>, Seth Shaw <sethsms47@aol.com>, Yisrael Meyer <Ymdeutch@clarkadd.com>, Joanna DiBella <Joanna@pacificstocktransfer.com>
**Subject: IMMUNOVATIVE INC Cert 4462**

Gentlemen,

There still appears to be extensive discussion regarding this item and the parties involved; please be advised I am sending this email to inform you all that this item will be returned on Thursday, the 23 of August 2012 if all supporting documentation to process this request is not received in this office.

Sincerely,


**Joslyn Claiborne**
Transfer Agent
Securities Division

*"Ask about our new online platform, iPST."*


Main Office
4045 South Spencer Street, Suite 403
Las Vegas, NV 89119
Telephone: 702-361-3033 ext 116
Toll Free: 800-785-PSTC (7782)
Fax: 702-433-1979
Web: www.pacificstocktransfer.com

Accounting Office
ATTN: Lisa Upham
173-3 Keith Street
Warrenton, VA 20186
Phone: (571)-485-9998
Fax (540) 347-3075

# Exhibit L

<table>
<tr><td>DISTRICT OFFICE<br>1915 EYE ST NW<br>WASHINGTON, DC 20006</td><td>LAW OFFICES OF<br><b>DAVID E. PRICE</b><br>13520 ORIENTAL ST<br>ROCKVILLE, MD 20853<br>--------<br>TEL (202) 536-5191</td><td>MONACO OFFICE<br>SUITE #1, 17 BLVD DE SUISSE<br>MONACO 98000</td></tr>
<tr><td>LONDON OFFICE<br>ONE GREAT CUMBERLAND PLACE<br>MARBLE ARCH, LONDON, W1H7AL</td><td><b>TopTier.eu</b><br>Skype: TopTierEsq</td><td>ISRAEL OFFICE<br>DIAMOND TOWER, 28TH FLOOR<br>3A JABOTINSKI RD., RAMAT-GAN 52520</td></tr>
</table>

July 15, 2012

Pacific Stock Transfer Co-
4045 South Spencer St #403
Las Vegas, NV 89119

Re:        Immunovative, Inc. (fka Novo Energies Inc).
                Certificate #4437, 500,000 common shares
                In favor of: SOLOMON CAPITAL 401K TRUST

Dear Pacific Stock,

I have been retained to render an opinion concerning the removal of a restricted legend on certificate #4437 to Solomon Capital 401K Trust in the amount of 500,000 (Five Hundred Thousand) common restricted shares of Immunovative, Inc. Said certificate was without registration under the Securities Act of 1933, as amended (hereinafter referred to as the Act), in reliance upon the exemptions contained in section 4(1) of the Act and Rule 144 promulgated by the Securities and Exchange Commission as amended (hereinafter the Commission).

I have been advised, and it appears, that the relevant facts are as follows:

1.     The holder acquired the shares from the Company in a transaction not registered under the Act, with an effective date for these shares of December 1st, 2011, as indicated on the face of the certificate itself.

2.     I have researched the Issuer and I am able to view information that is "publicly available" pursuant to Rule 144(c)(2) under the Act. This is easily verifiable as the Company is a "current filer" with the SEC and has current quarterly filings on file with the SEC disclosing full information, as noted in the Company's 10QA filed this February 21st, 2012.

Rule 144(d) defines an affiliate as a person who controls, or is under control by, or under common control with, the issuer. After review of publicly available information, as well as the Shareholder's List, I have determined that Solomon Capital 401K Trust is not an "Affiliate" as that term is defined by the SEC. With 124,793,372 issued and outstanding, the Holder's relative share position does not place it as an "Affiliate" within the purview of the Act. He is also not considered an "Affiliate" due to any connection or position in the company, as he is a complete outsider.

3.     Per the February 2008 SEC revisions to Rule 144, for a non-affiliate of a reporting company, there should be a six month hold from the date of issuance; meaning that these shares can have their restriction lifted at any time after June 1st, 2012, a date which has since passed.

4.      Additionally, per the recent SEC Promulgation 144(i), after sufficient investigation, it is my firm legal opinion that the issuer is in no way, nor has ever been a "shell company" as that term is defined by the Commission as per Release 33-8869, footnote 172 as well as the definitions per Rule 405, whereby the issuer is a fully funded operative ongoing operation with implemented business plan, Note payables, etc., and as such Rule 144(i) does not apply to this company. Additionally, the Company specifically files as a "Non Shell Company" in its filings with the SEC, which reports are publically available.

Based upon the foregoing, I am of the opinion that the proposed sale of these shares of the Company's common stock by the Seller will be exempt from the registration requirements of the Act by reason of the exemptions contained therein, and the stock certificate may be reissued without restrictive legend.

This opinion is rendered solely for your information in connection with the transaction described above, and, aside from Holder's Broker or Clearing Firm, may not be relied upon by another person for any purpose without my express written consent

My above opinions are subject to the following:

I am admitted to practice law in the State of Maryland; United States District Court (District of Maryland); Court of Appeals, District of Columbia; United States District Court for the District of Columbia; United States Court of Appeals, 4th Circuit; Supreme Court of the United States and all Federal Courts of Washington, DC. I express no opinion as to the laws of any jurisdiction except for those of Maryland, Washington, DC, and the Federal securities laws as administered by the SEC referred to herein. For the purposes of rendering this opinion, I have assumed that if a Court applies the laws of a jurisdiction other than the laws of Maryland or the District of Columbia, the laws of such other jurisdiction are identical in all material respects to the comparable laws of the State of Maryland and the District.

Should you have any questions or comments, please do feel free to contact me at any time.

Sincerely yours,

David E. Price, Esq.

DEP/mc
cc: Antonio Treminio, Dir., Immunovative, Inc.

DISTRICT OFFICE
1915 EYE ST NW
WASHINGTON, DC 20006

LAW OFFICES OF
**DAVID E. PRICE**
13520 ORIENTAL ST
ROCKVILLE, MD 20853
--------
TEL (202) 536-5191

MONACO OFFICE
SUITE #1, 17 BLVD DE SUISSE
MONACO 98000

LONDON OFFICE
ONE GREAT CUMBERLAND PLACE
MARBLE ARCH, LONDON, W1H7AL

ISRAEL OFFICE
DIAMOND TOWER, 28TH FLOOR
3A JABOTINSKI RD., RAMAT-GAN 52520

**TopTier.eu**
Skype: TopTierEsq

July 15, 2012

Pacific Stock Transfer Co-
4045 South Spencer St #403
Las Vegas, NV 89119

Re:     <u>Immunovative, Inc. (fka Novo Energies Inc).</u>
Certificate #4462, 1,000,000 common shares
In favor of: SHLOMO SHARBAT TRUSTEE

Dear Pacific Stock,

    I have been retained to render an opinion concerning the removal of a restricted legend on certificate #4462 to Shlomo Sharbat Trustee in the amount of 1,00,000 (One Million) common restricted shares of Immunovative, Inc. Said certificate was without registration under the Securities Act of 1933, as amended (hereinafter referred to as the Act), in reliance upon the exemptions contained in section 4(1) of the Act and Rule 144 promulgated by the Securities and Exchange Commission as amended (hereinafter the Commission).

    I have been advised, and it appears, that the relevant facts are as follows:

1.    The holder acquired the shares from the Company in a transaction not registered under the Act, with an effective date for these shares of January 19th, 2012, as indicated on the face of the certificate itself.

2.    I have researched the Issuer and I am able to view information that is "publicly available" pursuant to Rule 144(c)(2) under the Act. This is easily verifiable as the Company is a "current filer" with the SEC and has current quarterly filings on file with the SEC disclosing full information, as noted in the Company's 10QA filed this February 21st, 2012.

    Rule 144(d) defines an affiliate as a person who controls, or is under control by, or under common control with, the issuer. After review of publicly available information, as well as the Shareholder's List, I have determined that Shlomo Sharbat Trustee is not an "Affiliate" as that term is defined by the SEC. With 124,793,372 issued and outstanding, the Holder's relative share position does not place it as an "Affiliate" within the purview of the Act. He is also not considered an "Affiliate" due to any connection or position in the company, as he is a complete outsider.

3.    Per the February 2008 SEC revisions to Rule 144, for a non-affiliate of a reporting company, there should be a six month hold from the date of issuance; meaning that these shares can have their restriction lifted at any time after June 19th, 2012, a date which has since passed.

4.      Additionally, per the recent SEC Promulgation 144(i), after sufficient investigation, it is my firm legal opinion that the issuer is in no way, nor has ever been a "shell company" as that term is defined by the Commission as per Release 33-8869, footnote 172 as well as the definitions per Rule 405, whereby the issuer is a fully funded operative ongoing operation with implemented business plan, Note payables, etc., and as such Rule 144(i) does not apply to this company. Additionally, the Company specifically files as a "Non Shell Company" in its filings with the SEC, which reports are publically available.

Based upon the foregoing, I am of the opinion that the proposed sale of these shares of the Company's common stock by the Seller will be exempt from the registration requirements of the Act by reason of the exemptions contained therein, and the stock certificate may be reissued without restrictive legend.

This opinion is rendered solely for your information in connection with the transaction described above, and, aside from Holder's Broker or Clearing Firm, may not be relied upon by another person for any purpose without my express written consent

My above opinions are subject to the following:

I am admitted to practice law in the State of Maryland; United States District Court (District of Maryland); Court of Appeals, District of Columbia; United States District Court for the District of Columbia; United States Court of Appeals, 4th Circuit; Supreme Court of the United States and all Federal Courts of Washington, DC. I express no opinion as to the laws of any jurisdiction except for those of Maryland, Washington, DC, and the Federal securities laws as administered by the SEC referred to herein.  For the purposes of rendering this opinion, I have assumed that if a Court applies the laws of a jurisdiction other than the laws of Maryland or the District of Columbia, the laws of such other jurisdiction are identical in all material respects to the comparable laws of the State of Maryland and the District.

Should you have any questions or comments, please do feel free to contact me at any time.

Sincerely yours,

David E. Price, Esq.

DEP/mc
cc:  Antonio Treminio, Dir., Immunovative, Inc.

# Exhibit M

Print

*אנט* SAME ANTONIO as

BlAckbrd

| Subject: | Re: Israel Trip September 4 – September 11 |
|----------|---------------------------------------------|
| From: | sethsms47@aol.com (sethsms47@aol.com) |
| To: | ssharbat@yahoo.com; |
| Date: | Tuesday, August 30, 2011 8:00 PM |

He is running the shell Company until the new management team takes over.   It works easiest that way.   2011 is not 2008.   he is simply running the public company until closing so my time is free to secure capital


-----Original Message-----
From: Shlomo Sharbat <ssharbat@yahoo.com>
To: sethsms47 <sethsms47@aol.com>
Sent: Tue, Aug 30, 2011 8:58 am
Subject: Re: Israel Trip September 4 - September 11

Nvnc I's Tony same Tony from
Blackbird ?

Sent from my iPhone

On 30 2011 באוג, at 19:48, sethsms47@aol.com wrote:


excellent!!



-----Original Message-----
From: Shlomo Sharbat <ssharbat@yahoo.com>
To: harnoy <harnoy@immunovative.co.il>
Cc: Seth <sethsms47@aol.com>; Tall Gan <gant@immunovative.co.il>; tazman@netvision.net.il Moti
Gross <tazman@netvision.net.il>
Sent: Tue, Aug 30, 2011 8:42 am
Subject: Re: Israel Trip September 4 - September 11

Hello Tal - Moti and i will be free to come to Jerusalem to meet next week - please give us a few times
when is good - Monday would be best or any other day before 2
Sent from my iPad
shlomi sharbat -054 3311416

On Aug 30, 2011, at 4:58, "Michael Har-Noy" <harnoy@immunovative.co.il> wrote:


Shlomo Shalom-
Thank you for your interest to help support our mission at Immunovative. I would be very
happy to meet with you when I return to Israel next week. Would you be so kind as to
contact our Business Manager, Tali Gan, at 054-232-7078 to arrange convenient times in
our schedules? She is also cc'd here if you prefer to contact her by email.

I look forward to our meeting!
Michael
Sent from my BlackBerry® by dtac (Thailand)

From: Shlomo Sharbat <ssharbat@yahoo.com>
Date: Mon, 29 Aug 2011 23:28:23 +0300

about:blank

*F 61* · *IMMUNOVATIVE*
*NUNC*

| | |
|---|---|
| **Subject:** | Re: Israel Trip September 4 – September 11 |
| **From:** | sethsms47@aol.com (sethsms47@aol.com) |
| **To:** | ssharbat@yahoo.com; |
| **Date:** | Tuesday, August 30, 2011 8:18 PM |

You can make 20 million on this deal or more.  Lets build this together and I will allocate you a big chunk of my shares.  You are a terrific person and I really always enjoyed spending time with you.  Time to move on

-----Original Message-----
From: Shlomo Sharbat <ssharbat@yahoo.com>
To: sethsms47 <sethsms47@aol.com>
Sent: Tue, Aug 30, 2011 9:03 am
Subject: Re: Israel Trip September 4 - September 11

Let me know how many shares at what price I can buy I'n my 401 k - need a nice hit was very depressed ever since.
Butler stung me
For 1.5 million - I'n a few weeks

Sent from my iPhone

On 30 2011 אוג, at 19:48, sethsms47@aol.com wrote:

excellent!!

-----Original Message-----
From: Shlomo Sharbat <ssharbat@yahoo.com>
To: harnoy <harnoy@immunovative.co.il>
Cc: Seth <sethsms47@aol.com>; Tali Gan <gant@immunovative.co.il>; tazman@netvision.net.il Moti
Gross <tazman@netvision.net.il>
Sent: Tue, Aug 30, 2011 8:42 am
Subject: Re: Israel Trip September 4 - September 11

Hello Tal - Moti and i will be free to come to Jerusalem to meet next week - please give us a few times
when is good - Monday would be best or any other day before 2
Sent from my iPad
shlomi sharbat -054 3311416

On Aug 30, 2011, at 4:58, "Michael Har-Noy" <harnoy@immunovative.co.il> wrote:

Shlomo Shalom-
Thank you for your interest to help support our mission at Immunovative. I would be very
happy to meet with you when I return to Israel next week. Would you be so kind as to
contact our Business Manager, Tali Gan, at 054-232-7078 to arrange convenient times in
our schedules? She is also cc'd here if you prefer to contact her by email.

I look forward to our meeting!
Michael
Sent from my BlackBerry® by dtac (Thailand)

**From:** Shlomo Sharbat <ssharbat@yahoo.com>

| **Subject:** | Fw: IMG00426-20110912-1955.jpg |
| **From:** | sethsms47@aol.com (sethsms47@aol.com) |
| **To:** | ssharbat@yahoo.com; |
| **Date:** | Tuesday, September 13, 2011 4:27 AM |

See below. Great news. And see attached picture.

Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: sethsms47@aol.com
Date: Tue, 13 Sep 2011 00:22:53
To: <drlmay@aol.com>
Reply-To: sethsms47@aol.com
Subject: IMG00426-20110912-1955.jpg

Raised another 300k from friend who runs a large fund. His fund will invest 5 mil minimum after closing.
Sent from my Verizon Wireless BlackBerry

#B2

| Subject: | Re: Shlomo SHarbat |
| From: | atremino (atreminio@mac.com) |
| To: | ssharbat@yahoo.com; |
| Date: | Thursday, October 13, 2011 8:39 PM |

Shlomo,

It is good reconnecting with you. This is an unbelievable opportunity. I will prepare a nice presentation for yourself and your contacts.

I remember you and I know you are a very hard working man who likes to succeed.

I will have your the first DRAFT of your agreement by Monday.

This is an amazing opportunity from a scientific point of view and an enormous opportunity for all of us to do extremely well. We have to work together and execute on each one of our tasks.

Dr. Har Noy's Allostim treatment is closest lead today for the cure of cancer. His team of scientist are very committed and the fact that comes from Israel is just perfect!

Antonio Treminio
Office: +1-514-840-3697
NY: +1-917-660-5755
Montreal: +1-514-652-9910

On Oct 13, 2011, at 1:26 PM, Shlomo Sharbat wrote:

Yes - u have my cell 212-738-0469

Sent from my iPad
shlomi sharbat -054 3311416

On Oct 13, 2011, at 19:21, "Antonio" <atreminio@mac.com> wrote:

I tried you, I'm finishing a meeting, can you speak in about 30 minutes?

Sent via BlackBerry from T-Mobile

From: Shlomo Sharbat <ssharbat@yahoo.com>



#B3

conversation was productive, him and I are
speaking again on Thursday.

Thank you,

Antonio

Sent via BlackBerry from T-Mobile

*From company in Israel started working with results Excellent sep 1 2011*

**From:** Tali Gan
<gant@immunovative.co.il>
**Date:** Tue, 11 Oct 2011 22:20:37 +0200
**To:** Shlomo
Sharbat<ssharbat@yahoo.com>; Antonio
Reminio<atreminio@mac.com>
**Cc:** Seth Shaw<sethsms47@aol.com>
**Subject:** Shlomo SHarbat

Dear Antonio
I want to introduce you to Mr Shlomo
sherbet )
(cc on this email ) who was introduce to us
by sath show, he meet dr Har noy and me
in Israel and since then he is actively
seeking helping us raising money ( both to
the Israeli company or as part of the privet
round into NOVO), he is also introducing
us to some very prestige person who might
join us as board member.

*key ⟹*

*⟸ key*

Please collaborate with him and see how
can we all work together as a team, he
would also be interested to know if there is
any way to compensate him for his efforts (
we already signed with him on finder
agreement to cover potential investment
into the Israeli company.
I believe Shlomo is also very committed to
our mission , and hope he will be able to
help.
Appreciate your consideration
Tali

נשלח מה-iPhone שלי

ב-Oct 11, 2011, 4:56 PM, Shlomo בשעה
Sharbat <ssharbat@yahoo.com> כתב/ה:

about:blank

PAGE 20/24      BERESHIT PROPERTIES      0352953519      29/02/2012 01:14

| Subject: | Re: PPM $0.10 |
| --- | --- |
| **From:** | Antonio (atreminio@mac.com) |
| To: | ssharbat@yahoo.com; |
| Date: | Tuesday, October 18, 2011 9:38 PM |

Excellent, we should start planning speaking with these investors late next week after my current traveling.

I assume you are not a licensed broker so we will have to work out a consulting agreement that upon successful introductions you get the equivalent of 10% of this proceeds and stock over a preset time period.

We will send the paper work for your participation either later today or tomorrow.

Thanks,
AT

Sent via BlackBerry from T-Mobile

**From:** Shlomo Sharbat <ssharbat@yahoo.com>
**Date:** Tue, 18 Oct 2011 11:06:58 +0200
**To:** antonio treminio<atreminio@mac.com>
**Cc:** Seth Shaw<sethsms47@aol.com>
**Subject:** Re: PPM $0.10

I will have a list of investors with tel # all ready and expecting a call - lets pick a day where we can call them - I would say 1 million dollars I's a good start what I could raise - - what would be the finders fee for that amount ?

Sent from my iPhone

On 18 2011 באוק, at 09:21, antonio treminio <atreminio@mac.com> wrote:

> When we meet next we can fine tune a lot of these key points. All of us together we can put together an strategy and act on it. Our focus for the next few weeks is to finalize the deal, close it and announce it!

> On Oct 18, 2011, at 03:10 AM, Shlomo Sharbat <ssharbat@yahoo.com> wrote:

>> I'n regards to grants the 12 million grant that was filled for them we will know if awarded by dec and payed by april 2012 if granted - I should speak to you face to face about this , I will have more detailed info by later today -

29/02/2012  01:14  0352963519  BERESHIT PROPERTIES  PAGE  01/24

Print

**Subject:** Re: PPM $0.10

**From:** antonio treminio (atreminio@mac.com)

**To:** ssharbat@yahoo.com;

**Cc:** sethsms47@aol.com;

**Date:** Tuesday, October 18, 2011 7:47 AM

Yes, that is possible, we will start preparing the paper work tomorrow and will make sure you get this asap.

We do not have an exact closing date as of yet. Give or take around Mid November. We are going through some corporate changes and final documents with Dr. Har Noy.

In reference to the grants: Tali told us that this is an application form which may require some time before anything does happen, that it is a long process. Again, anything you do with Dr. Har Noy or Tali you must deal with them directly, but I suggest that you treat these relationships carefully.

The Public Company will have the world-wide commercialization rights on all patents granted or pending in the U.S. and Internationally.

As we proceed post closing, probably better we stay focus on the Public Company. We bring together all of our contacts and we do our best to assemble a high profile advisory board. Our job will be to get the company properly funded for the next two trials and start Phase I trials with our development partners. (Please see presentation) - Overall in the next 12 to 18 months we will need to raise around $15M. We have several funds already watching us and are now waiting for us to close and start making the necessary cosmetic changes on the Company and getting final green light to start Phase II/III trials. Immediately post closing we will start the process of selecting an Investment Banking firm.

We have an several high profiles Doctors already interested to join our board, for example the head of Research from Harvard Med School already accepted to an advisory board position.

I am pleased to get your commitment and we shall meet soon post closing either in the US or Israel. I will do my best to work out a formula that you are satisfied.

I will be traveling for the remaining part of the week. Super busy for the next several days.

Speak soon.

Antonio

On Oct 17, 2011, at 11:54 PM, Shlomo Sharbat <ssharbat@yahoo.com> wrote:

 Can i buy the 1 million shares free and 1 million restricted put it I'n the name of Solomon capital 401 k trust
- i will have a check ready - when is the transaction absolute closing date - i would like to start raising capital with making some key intro to you - as i raise and gather the key DR on

about:blank

#C1

| Subject: | Re: PPM $0.10 |
| --- | --- |
| From: | Antonio (atreminio@mac.com) |
| To: | ssharbat@yahoo.com; |
| Cc: | sethsms47@aol.com; |
| Date: | Monday, October 17, 2011 9:45 PM |

$100,000  1M of each restricted and free.

Thanks,
AT
Sent via BlackBerry from T-Mobile

-----Original Message-----
From: Shlomo Sharbat <ssharbat@yahoo.com>
Date: Mon, 17 Oct 2011 21:19:21
To: atreminio@mac.com<atreminio@mac.com>
Cc: Seth Shaw<sethsms47@aol.com>
Subject: Re: PPM $0.10

How much can i buy max ?
Sent from my iPad
shlomi sharbat -054 3311416

On Oct 17, 2011, at 21:15, "Antonio" <atreminio@mac.com> wrote:

> 75K half free and half restricted at 0.05 per share, plus of course your performance shares. Let us know
and we shall start the paper work. This way we all have skin in the game and we work together towards a
higher stock price. thanks.
>
> Sent via BlackBerry from T-Mobile
>
> -----Original Message-----
> From: Shlomo Sharbat <ssharbat@yahoo.com>
> Date: Mon, 17 Oct 2011 20:56:24
> To: atremino<atreminio@mac.com>
> Cc: Tali Gan<gant@immunovative.co.il>; Seth Shaw<SethSMS47@aol.com>
> Subject: Re: PPM $0.10
>
> I can buy 1,500,000 shares at .05 cents 75 k- free trade?
>
> Sent from my iPad
> shlomi sharbat -054 3311416
>
> On Oct 17, 2011, at 20:47, atremino <atreminio@mac.com> wrote:
>
>> Shlomo,
>>

about:blank

#01

| Subject: | Re: PPM $0.10 |
| --- | --- |
| **From:** | Antonio (atreminio@mac.com) |
| **To:** | ssharbat@yahoo.com; |
| **Cc:** | sethsms47@aol.com; |
| **Date:** | Monday, October 17, 2011 9:15 PM |

75K half free and half restricted at 0.05 per share, plus of course your performance shares. Let us know and we shall start the paper work. This way we all have skin in the game and we work together towards a higher stock price. thanks.

Sent via BlackBerry from T-Mobile

-----Original Message-----
From: Shlomo Sharbat <ssharbat@yahoo.com>
Date: Mon, 17 Oct 2011 20:56:24
To: atremino<atreminio@mac.com>
Cc: Tali Gan<gant@immunovative.co.il>; Seth Shaw<SethSMS47@aol.com>
Subject: Re: PPM $0.10

I can buy 1,500,000 shares at .05 cents 75 k- free trade?

Sent from my iPad
shlomi sharbat -054 3311416

On Oct 17, 2011, at 20:47, atremino <atreminio@mac.com> wrote:

> Shlomo,
>
> Please note that none of us have zero cost shares. In fact our inner circle or most of us are at $0.05
average cost basis (including Seth Shaw) He paid for his shares - Every share has been already counted
for, we simply can't issue zero cost base shares. If you want to earn shares from Dr. Har Noy or Tali for
your introductions and possible grant application then please deal directly directly with them.
>
> But in reference to the Pubco we can't issue zero cost basis. This is a high profile project and we have
many people interested in the project, but everyone closely involved is either an investor or earns shares
via performance been materialized. I appreciate what you are saying, I know the business well enough to
know what key players can or can not do but everyone in our team is performance base or share issues on
a cost basis. This is the only way we can move forward. If you are still interested we can work something
out that can be favorable and will enable you to come in as everyone else did many months ago but we
simply cant issue zero cost shares.
>
> Thanks,
>
> Antonio Treminio
> Office: +1-514-840-3697
> NY: +1-917-660-5755
> Montreal: +1-514-652-9910

about:blank

| Subject: | Re: Wire bank Luemi |
|---|---|
| **From:** | sethsms47@aol.com (sethsms47@aol.com) |
| **To:** | ssharbat@yahoo.com; |
| **Date:** | Monday, November 21, 2011 5:49 PM |

After the deal closes, I have tremendous interest in this company. The open market should really do well.
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: Shlomo Sharbat <ssharbat@yahoo.com>
Date: Mon, 21 Nov 2011 16:37:28
To: antonio treminio<atreminio@mac.com>; Shai Baitel<shaibaitel@yahoo.com>; Seth
Shaw<sethsms47@aol.com>
Subject: Wire bank Luemi


Sent from my iPhone

Begin forwarded message:

> From: "eFax" <message@inbound.efax.com>
> Date: 21 15:29:10 2011 בנובמבר GMT+02:00
> To: ss@solcapllc.com
> Subject: eFax message from "unknown" - 1 page(s), Caller-ID: UNAVAILABLE
>

>
>
>
> Fax Message [Caller-ID: UNAVAILABLE]
> You have received a 1 page fax at 2011-11-21 13:29:10 GMT.
>
> * The reference number for this fax is tel1_did11-1321882122-7617228-29.
>
> View this fax using your PDF reader.
>
> Please visit www.eFax.com/en/efax/twa/page/help if you have any questions regarding this message or
your service.
>
> Thank you for using the eFax service!
>
>
> Home    Contact    Login
>
> © 2008 j2 Global Communications, Inc. All rights reserved.
> eFax® is a registered trademark of j2 Global Communications, Inc.

about:blank

| | |
|---|---|
| **Subject:** | Re: Wire bank Luemi |
| **From:** | sethsms47@aol.com (sethsms47@aol.com) |
| **To:** | ssharbat@yahoo.com; |
| **Date:** | Monday, November 21, 2011 6:35 PM |

This is the last deal we will ever have to do. Should be a dollar plus by end of the year. And from there. If the next trial is good, which I believe it will be, the sky is the limit.
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: Shlomo Sharbat <ssharbat@yahoo.com>
Date: Mon, 21 Nov 2011 18:04:11
To: sethsms47@aol.com<sethsms47@aol.com>
Subject: Re: Wire bank Luemi

I can wire 150k to your Td bank end of the week let me know - you can be assure I'm in this for long run and will raise a ton of money - i have a good vibe on this after speaking to my time

Sent from my iPad
shlomi sharbat -054 3311416

On Nov 21, 2011, at 17:49, sethsms47@aol.com wrote:

> After the deal closes, I have tremendous interest in this company. The open market should really do well.
> Sent from my Verizon Wireless BlackBerry
>
> -----Original Message-----
> From: Shlomo Sharbat <ssharbat@yahoo.com>
> Date: Mon, 21 Nov 2011 16:37:28
> To: antonio treminio<atreminio@mac.com>; Shai Baitel<shaibaitel@yahoo.com>; Seth Shaw<sethsms47@aol.com>
> Subject: Wire bank Luemi
>
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> From: "eFax" <message@inbound.efax.com>
>> Date: 21 15:29:10 2011 בנובמבר GMT+02:00
>> To: ss@solcapllc.com
>> Subject: eFax message from "unknown" - 1 page(s), Caller-ID: UNAVAILABLE
>>
>
>>

about:blank

| Subject: | Re: Wire bank Luemi |
|---|---|
| From: | sethsms47@aol.com (sethsms47@aol.com) |
| To: | ssharbat@yahoo.com; |
| Date: | Wednesday, November 23, 2011 5:17 PM |

We are making you a partner in the deal, if you want to be a partner in the deal. Because I believe strongly that you are a huge asset. But rule 144 takes into effect on december 9, 2011. If you aren't comfortable, then don't do it. What we are doing is giving you money, in confidence of your future efforts.
Sent from my Verizon Wireless BlackBerry

**From:** Shlomo Sharbat <ssharbat@yahoo.com>
**Date:** Wed, 23 Nov 2011 17:00:50 +0200
**To:** sethsms47@aol.com<scthsms47@aol.com>
**Subject:** Re: Wire bank Luemi

Ok just a suggestion -- I use it always doing deals --- it's how all the investment bankers make me do there deals lately

Sent from my iPhone

On 23 2011 בנוב, at 16:58, sethsms47@aol.com wrote:

Not sure what the purpose of an escrow agent is in this case. . . I don't reallt get it.
Sent from my Verizon Wireless BlackBerry

**From:** Shlomo Sharbat <ssharbat@yahoo.com>
**Date:** Wed, 23 Nov 2011 15:16:41 +0200
**To:** sethsms47@aol.com<sethsms47@aol.com>
**Cc:** רם דקל משרד<ram@dekel-law.co.il>; Seth Fishman<fishman.seth@gmail.com>
**Subject:** Re: Wire bank Luemi

Had a good meeting with Tal and 2 investors - you can meet one of them who lives on west side I believe in 70s
Can I use Seth Fishman escrow agent in NY and Ram Dekel my Israeli escrow agent to wire the 85 k for the 1.7 million stock ???
Ram dekel can also help on raise and agreement for the 8-8 capital raise
Sent from my iPhone

On 22 2011 בנוב, at 21:24, sethsms47@aol.com wrote:

That's kind of the maximum for unretsricted shares. We just don't have that many. The debenture was small.
Sent from my Verizon Wireless BlackBerry

**From:** Shlomo Sharbat <ssharbat@yahoo.com>
**Date:** Tue, 22 Nov 2011 21:22:26 +0200
**To:** sethsms47@aol.com<sethsms47@aol.com>
**Subject:** Re: Wire bank Luemi

Yup i know - I'm getting all the money lined up with Moti - we are working round the clock - he really loves this deal like me -- let me know if there is room for a bit more to invest

Sent from my iPad
shlomi sharbat -054 3311416

On Nov 22, 2011, at 21:20, sethsms47@aol.com wrote:

about:blank

Page 1 of 4

| Subject: | Re: Wire bank Luemi |
| --- | --- |
| From: | sethsms47@aol.com (sethsms47@aol.com) |
| To: | ssharbat@yahoo.com; |
| Date: | Wednesday, November 23, 2011 9:57 PM |

We can all retire on this.  Just understand that we are not looking to male 25 cents a share.  We are looking for 25 dollars.  This will be a multi billion dollar business.
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: Shlomo Sharbat <ssharbat@yahoo.com>
Date: Wed, 23 Nov 2011 21:07:26
To: atremino<atreminio@mac.com>
Cc: Shai Baitel<shaibaitel@yahoo.com>; Seth Shaw<sethsms47@aol.com>
Subject: Re: Wire bank Luemi

Thank u so much - I am so looking forward to raise the proper capital and see this to a 2-3 bucks - thank you for the opportunity

Sent from my iPhone

On 23 2011 בנוב, at 21:02, atremino <atreminio@mac.com> wrote:

> Shlomo,
>
> We reviewed your subscription agreement. Attached is the acceptance letter.
>
> The Stock Purchase Agreement will be executed by Seth. Your shares will be cut on Monday after the thanksgiving holiday.
>
> We still need to have a quick call with you, I know you tried me. If you can't reach me please call Seth directly at 917-796-9926 otherwise we will try you again after the thanksgiving holiday.
>
> Thank you,
>
> Antonio
> <ACCEPTANCE Letter Solomon Capital.pdf>
>

| **Subject:** | Re: Fwd: Address |
| **From:** | sethsms47@aol.com (sethsms47@aol.com) |
| **To:** | ssharbat@yahoo.com; |
| **Date:** | Tuesday, November 29, 2011 3:27 PM |

Can be done in a matter of a few days after december 9.
Sent from my Verizon Wireless BlackBerry

**From:** Shlomo Sharbat <ssharbat@yahoo.com>
**Date:** Tue, 29 Nov 2011 09:34:56 +0200
**To:** Seth Shaw<sethsms47@aol.com>
**Subject:** Fwd: Address

Seth i may need to have a 200,000 share cert fed exed to shai Baitel I'n his name - how soon can this be done so i can get him on board as i promised his deal -

Sent from my iPad
shlomi sharbat -054 3311416

Begin forwarded message:

> **From:** shaibaitel@yahoo.com
> **Date:** November 29, 2011 9:18:28 GMT+02:00
> **To:** "Shlomo Sharbat" <ssharbat@yahoo.com>
> **Subject: Address**
> **Reply-To:** shaibaitel@yahoo.com
>
> Shlomo,
> Fedex the checks to 579 Fifth ave suite 1150, ny ny 10017. $3500 for every two weeks - so the first check needs be for dec. 6 (and then dec 20, jan 4, jan 18, feb 2, feb 16, march 2, march 16. March 30, april 13, april 27, may 10)
>
> Thanks
> SB

| Subject: | Re: Re: Re: |
| --- | --- |
| From: | sethsms47@aol.com (sethsms47@aol.com) |
| To: | ssharbat@yahoo.com; |
| Date: | Saturday, December 3, 2011 9:16 PM |

Yes!!!!!!!!!
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: Shlomo Sharbat <ssharbat@yahoo.com>
Date: Sat, 3 Dec 2011 20:48:11
To: sethsms47@aol.com<sethsms47@aol.com>
Subject: Re: Re: Re:

Ok but I'm definitely covered on the 1.7 million shares of untrestricted shares of nvnc - please confirm I'm scared

Sent from my iPhone

On 3 2011 בדצמ, at 20:28, sethsms47@aol.com wrote:

> I will call u in a little while.  With some investors.  I raised more money.
> Sent from my Verizon Wireless BlackBerry
>
> -----Original Message-----
> From: Shlomo Sharbat <ssharbat@yahoo.com>
> Date: Sat, 3 Dec 2011 20:20:30
> To: sethsms47@aol.com<sethsms47@aol.com>
> Subject: Re: Re:
>
> By the way you have the 75 k check - so you can issue the shares but I will wire the full amount 85- k or 95 k my dad wants to also add 10-15 k can we make it 100 k instead of 75 k check you have - ?
>
> Sent from my iPhone
>
> On 3 2011 בדצמ, at 18:17, sethsms47@aol.com wrote:
>
>> Nothing hit as of yesterday. Ill let u know monday.   We should be closing early next week
>> ------Original Message------
>> From: Shlomo Sharbat
>> To: Seth Shaw
>> Subject:
>> Sent: Dec 3, 2011 11:09 AM
>>
>> Did u get my wire please confirm
>>
>> Sent from my iPhone

| | |
|---|---|
| **Subject:** | Re: |
| **From:** | sethsms47@aol.com (sethsms47@aol.com) |
| **To:** | ssharbat@yahoo.com; |
| **Cc:** | atreminio@mac.com; |
| **Date:** | Saturday, December 17, 2011 5:41 PM |

It went fantastic. You have such amazing contacts. If we just get you focused. I should be smart enough to take my own advice.

There was a problem with the lawyers though. They are extremely difficult with the share conversion note. And they will only allow us to accept $50,000 from you for 1 million shares because of the December 9, 2011 cut off date. Both of us tried our best to convince the lawyers but they stated to me that the paper work and proof of payment had to be in before December 9.

Cal me to discuss

Seth
------Original Message------
From: Shlomo Sharbat
To: Seth Shaw
To: atremino
Subject:
Sent: Dec 17, 2011 10:28 AM

How was the meeting with shai ? He said excellent via SMS

Sent from my iPhone


Sent from my Verizon Wireless BlackBerry

Print                                                                                          2/28/12 10:56 PM

| Subject: | Re: blood test benny |
|---|---|
| From: | atremino (atreminio@mac.com) |
| To: | ssharbat@yahoo.com; |
| Cc: | shaibaitel@yahoo.com; SethSMS47@aol.com; |
| Date: | Tuesday, December 20, 2011 6:45 AM |

I will ask Dr. Har Noy to share it, allow us to present in the proper format.

Guys, I promise you our DRAFT agreement will be done tomorrow, Thanks so much for your patience.

I am not a religious man but I believe in this venture. Dr. Har Noy's team are up to something remarkable.
This treatment truly works, it will change lives, it is a beautiful journey.

Antonio Treminio
Office: +1-514-840-3697
NY: +1-917-660-5755
Montreal: +1-514-652-9910

On Dec 19, 2011, at 11:11 PM, Shlomo Sharbat wrote:

> We got to get this in front of Mike Milken - it's a slam dunk for both the grant and even
> investment -Dr Howard Soul is his manager  For the PCF grant - we will start working on all
> fronts now -
>
> Sent from my iPad
> shlomi sharbat -054 3311416
>
> On Dec 20, 2011, at 2:12, atremino <atreminio@mac.com> wrote:
>
>> This DRUG truly works. Saving lives! When the clinical data gets released all
>> the short sellers will regret it! see below. Truly Amazing!
>>
>>
>> Antonio Treminio
>> Office: +1-514-840-3697
>> NY: +1-917-660-5755
>> Montreal: +1-514-652-9910

| Subject: | Re: |
| --- | --- |
| From: | atremino (atreminio@mac.com) |
| To: | ssharbat@yahoo.com; |
| Cc: | shaibaitel@yahoo.com; ghalia.lahlou@gmail.com; |
| Date: | Thursday, December 22, 2011 1:42 AM |

Shlomo,

Actually, Just got off the phone with Shai about our agreement, working on it as speak, you will have the draft tonight by 8:00 pm NY time.

The shares you bot from Seth are now in process, can't promise to deliver them this week exactly, Seth needs to conduct additional paper work. We are receiving the cert tomorrow and Seth has to medallion guarantee it, transfer it to you and then issue opinion letter. All in process.

I will scan a copy of the cert tomorrow upon receipt.

Antonio Treminio
Office: +1-514-840-3697
NY: +1-917-660-5755
Montreal: +1-514-652-9910

On Dec 21, 2011, at 6:31 PM, Shlomo Sharbat wrote:

> Quick question - when will you have the agreement by for us -? And can you fed ex the shares to me this week?
>
> Sent from my iPad
> shlomi sharbat -054 3311416

#G1

| Subject: | DRAFT Consulting Agreement/ For discussion |
| --- | --- |
| From: | atremino (atreminio@mac.com) |
| To: | ssharbat@yahoo.com; shaibaitel@yahoo.com; |
| Cc: | SethSMS47@aol.com; |
| Date: | Thursday, December 22, 2011 2:22 AM |

Shai and Shlomo,

Attached please find the DRAFT consulting agreement. This is for our discussion.

We did not include any expense budgets, I would suggest that you both discuss it in detail and revert back to us.

We look forward to your feed back and finalizing this agreement by Friday. I will be in my office tomorrow after 11:00 a.m. if you like we can have a follow up call tomorrow among ourselves.

Again looking forward to working with you guys! beautiful journey, beautiful Company!

Antonio Treminio
Office: +1-514-840-3697
NY: +1-917-660-5755
Montreal: +1-514-652-9910

PAGE  07/24         BERESHIT PROPERTIES         0852935619         01:14  29/02/2012

| Subject: | Re: DRAFT Consulting Agreement/ For discussion |
|---|---|
| From: | atremino (atreminio@mac.com) |
| To: | ssharbat@yahoo.com; |
| Cc: | SethSMS47@aol.com; |
| Date: | Monday, December 26, 2011 10:00 PM |

Hi Shlomo,

Read your email below again yesterday, I was surrounded by family yesterday so it was hard to focus. Please read below my understanding to confirm if I understood you correctly:

$5,000 Upon Signing.

$5,000 Per month 30 days after monthly Retainer. You are requesting $10K plus $2.5K (Please understand that we are not trying to negotiate, simply working under our means. We have a $100K Monthly budget and we have lots going, what you guys are asking us basically takes 30% of our monthly budget btw you and Shai) We can't do this. No trying to compare but for purposes of making you aware I am getting paid $10,000 per month and Seth is getting paid $5,000 per month. We make the money on the stock. Seth is getting 50,000 Shares moving forward. Once we raise more money all of our retainers should increase for sure, but for now we do the best we can with what we have... We have assigned $15K budget for Shai (including $5K for the researcher) -

500,000 Shares Upon Signing

One Year Commitment instead of of having a 30 termination Notice. But what we have to have sometime of termination clause? all agreements do, what would you suggest?

Fine, we can issue the 600,000 up front in two certificate of 300,000 Shares each.

Bottom line we are assigning $20,000 cash per month, 1,000,000 Shares upfront, 100,000 shares per month! 8% Cash on finder fees, cash and warrants. With the option to increase everything upon successfully raising capital.

Appreciated and hopefully we can all reach a successful working arrangement. Thanks! (I will be flying tomorrow morning to Argentina, so will be out of reach for couple days)

Antonio Treminio
Office: +1-514-840-3697
NY: +1-917-660-5755
Montreal: +1-514-652-9910

On Dec 25, 2011, at 7:58 AM, Shlomo Sharbat wrote:

> Antonio - first I would like to wish you and your family a happy and healthy holiday and new year -
> I read the draft agreement and looks fine with me -
> I'm ready to sign as I's (5 k and 500,000' shares at signing .

about:blank

PAGE 09/24     BERESHIT PROPERTIES     0352983519     01:14 2012/02/29

Print

#J1

2/28/12 10:45 PM

| | |
|---|---|
| **Subject:** | Re: Re meeting |
| **From:** | atremino (atreminio@mac.com) |
| **To:** | ssharbat@yahoo.com; |
| **Cc:** | sethsms47@aol.com; |
| **Date:** | Thursday, December 29, 2011 4:20 PM |

Hi Guys,

Just arrived to my home in Argentina. A bit tired, but feeling good!

Glad to hear your meeting went fine, I will get to work on the agreements right away. Shai wanted two separate contracts. We do not want to get in the middle of any internal discussions, we want all of us to work exceptionally well together. Please communicate with Shai and let us know if one contract is fine.

Thank you,

Antonio Treminio
Office: +1-514-840-3697
NY: +1-917-660-5755
Montreal: +1-514-652-9910


On Dec 27, 2011, at 1:46 PM, Shlomo Sharbat wrote:

> Our meeting went fantastic / Dan I's very interested and has close ties with haddassah hospital and told us if he likes the results he will also show it to a dozen pension funds that can I'nvest Also
> Ps my first cousin I's married to his son so I will get a good handle on this - so far so good
> We are taking this deal to the promise land
>
>
> Sent from my iPhone

about:blank

Page 1 of 2

Print

| Subject: | Re: Re: Re: |
|---|---|
| From: | atremino (atreminio@mac.com) |
| To: | ssharbat@yahoo.com; |
| Cc: | sethsms47@aol.com; shaibaitel@yahoo.com; |
| Date: | Thursday, December 29, 2011 6:33 PM |

Great to hear guys!

Please let me know about the agreements so we formalize them. We are looking forward to working
together!

Antonio Treminio
Office: +1-514-840-3697
NY: +1-917-660-5755
Montreal: +1-514-652-9910

On Dec 29, 2011, at 10:05 AM, Shlomo Sharbat wrote:

> I got 3 investors love the deal
> 1- # Dr Eric Feldman we share offices - father was head of cardiology dept of haddasah
> 2-# Dan Galay who is Dean of Hebrew u which is part of Hadassah we can do a conf phone call -
anytime he is good for 1-2 million Fund and personally - he s worth 500 million plus
> -#3 Ram Dekel - Represents English family office I'n israel worth billions -ready to speak anytime
> I just spoke to Shai he has meeting set up with Phil Frost for Mid Jan I'n Miami - Phil is chairman of
Teva i understand - which Eli Horowitz founder of Teva who gave a term sheet for 8 million through his
fund pointefax to immunovative - so due diligence is done already they rehashed on terms last minute i
understood wanted more % of company
> Also Shai will let u know if it's under either Solomon partners if one or if 2 separate agreements will be
Solomon Capital for me and Solomon partners for him - we are checking with accountant to see what's
better but we are good to go on agreement ready to work hard and raise 15 million goal within 6 months
time -
>
>
>
>
>
> Sent from my iPad
> shlomi sharbat -054 3311416
>
> On Dec 29, 2011, at 16:30, atremino <atreminio@mac.com> wrote:
>

about:blank

Page 1 of 2

| Subject: | Re: Re meeting |
| --- | --- |
| From: | atremino (atreminio@mac.com) |
| To: | ssharbat@yahoo.com; |
| Cc: | qsecure@netvision.net.il; |
| Date: | Thursday, December 29, 2011 6:34 PM |

Hi Shlomo,

I like the email below, please tell me more details, let's look into it!

Antonio Treminio
Office: +1-514-840-3697
NY: +1-917-660-5755
Montreal: +1-514-652-9910

On Dec 29, 2011, at 10:43 AM, Shlomo Sharbat wrote:

> Also Lavy Krasner who i ccd  can provide organic pR for us - he has a full program that he can explain
to you how it works -I'n the next email - i work with him very successfully I'n past deals- he is the main
go to go for Israeli companies that are  trading on BB OTC  . 18 years I'n business - #~1 guy
>
> Sent from my iPad
> shlomi sharbat -054 3311416
>
> On Dec 29, 2011, at 16:20, atremino <atreminio@mac.com> wrote:
>
>> Hi Guys,
>>
>> Just arrived to my home in Argentina. A bit tired, but feeling good!
>>
>> Glad to hear your meeting went fine. I will get to work on the agreements right away. Shai wanted two
separate contracts. We do not want to get in the middle of any internal discussions, we want all of us to
work exceptionally well together. Please communicate with Shai and let us know if one contract is fine.
>>
>> Thank you,
>>
>> Antonio Treminio
>> Office: +1-514-840-3697
>> NY: +1-917-660-5755
>> Montreal: +1-514-652-9910
>>
>>

| Subject: | Happy New Year! |
| --- | --- |
| From: | atremino (atreminio@mac.com) |
| To: | ssharbat@yahoo.com; shaibaitel@yahoo.com; |
| Cc: | SethSMS47@aol.com; |
| Date: | Saturday, December 31, 2011 7:25 AM |

Guys,

I wanted to wish you a Happy New Year! We look forward to working with you on this exceptional and unique venture. It has been an incredibly busy past 6 months. We will restart fresh on Tuesday January 3rd. We have to finalize our agreement next week for sure! We want to put this agreement out of the way and start focusing on the fun part!

Seth is available in NY at any time to provide any support to Shai but I will be also spending one full week in NY starting February.

Shlomo, I want to work with you one on one with your Network, let's close and bank!

Happy New Year, All the best!

Antonio Treminio
Office: +1-514-840-3697
NY: +1-917-660-5755
Montreal: +1-514-652-9910

| Subject: | Re: Happy New Year! |
|----------|---------------------|
| From: | atremino (atreminio@mac.com) |
| To: | ssharbat@yahoo.com; |
| Cc: | ghalia.lahlou@gmail.com; |
| Date: | Sunday, January 1, 2012 7:39 PM |

There were delivered to our corporate office last week, we need Seth to medallion the certificate so we can issue the opinion and have it ready for you to deposit. My assistant Ms. Ghalia Lahlou will take care of it. She is very efficient.

Feel better, I am going to take it easy for the next couple days, be back to work on Tuesday.

Antonio Treminio
Office: +1-514-840-3697
NY: +1-917-660-5755
Montreal: +1-514-652-9910

On Jan 1, 2012, at 8:21 AM, Shlomo Sharbat wrote:

> Ok great - very excited to get started - I'n bed with the Flu today but we should get it all finalized in the next day or so - I have already a strong investor list for the deal.
>
> - please let me know who has the shares that i purchased -50k for 1 million shares unrestricted ) is Seth fed exing this to israel ?
>
>
> Sent from my iPad
> shlomi sharbat -054 3311416
>
> On Dec 31, 2011, at 7:25, atremino <atreminio@mac.com> wrote:
>
>> Guys,
>>
>> I wanted to wish you a Happy New Year! We look forward to working with you on this exceptional and unique venture. It has been an incredibly busy past 6 months. We will restart fresh on Tuesday January 3rd. We have to finalize our agreement next week for sure! We want to put this agreement out of the way and start focusing on the fun part!
>>
>> Seth is available in NY at any time to provide any support to Shai but I will be also spending one full week in NY starting February.
>>
>> Shlomo, I want to work with you one on one with your Network, let's close and bank!

| Subject: | Re: Re: |
|---|---|
| From: | atremino (atreminio@mac.com) |
| To: | shaibaitel@yahoo.com; |
| Cc: | ssharbat@yahoo.com; |
| Date: | Thursday, January 5, 2012 10:18 PM |

Hi Shai,

Appreciate your consideration, but too bad, I have not yet been able to take any time off. I have a lot legal work at this moment, will probably take some time off after the 15th.

If I read you correctly, then I shall DRAFT One Single Agreement, is this correct? if so, please let me know the name of the entity and I shall draft it ASAP. I will take some time off after the 15th. Next week is a busy week. We will announce the filing to change our name to Immunovative Inc. The new website is looking awesome....

Let's 2012 unforgettable! I love the energy you guys bring the table, it will be fun!

Confidential: Looks like the FDA may remove the Clinical Hold. Please don't say anything about this yet to anyone. Feb is going to be a big month!

Antonio Treminio
Office: +1-514-840-3697
NY: +1-917-660-5755
Montreal: +1-514-652-9910

On Jan 5, 2012, at 2:55 PM, shaibaitel@yahoo.com wrote:

Dear Antonio,

I tried reaching you several times on your cell, to no avail.

But I know you are having some down time in Argentina with family and friends and wouldn't want to interrupt your vacation.
However, 2012 is very exciting as Shlomo and I are ready and energetic to take Immunovative to its next level.

We will work forcefully as a team to secure more investors as well as grant maximum effective media exposure.

**Subject:** Re: Confr-call

**From:** atremino (atreminio@mac.com)

**To:** ssharbat@yahoo.com;

**Cc:** shaibaitel@yahoo.com;

**Date:** Friday, January 6, 2012 7:45 PM

Shlomo,

What name do you want for our Consulting Agreement?

Thanks,

Antonio Treminio
Office: +1-514-840-3697
NY: +1-917-660-5755
Montreal: +1-514-652-9910

On Jan 6, 2012, at 8:08 AM, Shlomo Sharbat wrote:

> Ok got it - thanks for making it clear - was very important issue to this investor.- you will
> speak to him next week - back I'n israel on the 10 - have been emailing him daily
>
> Sent from my iPad
> shlomi sharbat -054 3311416
>
> On Jan 6, 2012, at 15:02, "Antonio" <atreminio@mac.com> wrote:
>
>> We have to be very clear that if anyone wants to invest into the Parent Company
>> they may; we will have to make Dr. Har Noy aware of it in advance and try to
>> keep track (in order to get credit)
>>
>> When investing into the parent co. the valuation will be much higher. Our
>> current deal is valued at $30M with a $40M post money valuation. New
>> investors into the parent will probably invest at above $40M valuation and have
>> No liquidity.
>>
>> Dr. Har Noy and I went through this scenario several times:
>>
>> Two things against investing into the parent:

about:blank

#P 1

| **Subject:** | Fwd: Certificate # 4445 |
| **From:** | atremino (atreminio@mac.com) |
| **To:** | ssharbat@yahoo.com; |
| **Date:** | Tuesday, January 17, 2012 10:23 PM |

FYI: Just giving you a quick update, see below, as soon as its back, the opinion will be issued.

Thanks,

Antonio Treminio
Office: +1-514-840-3697
NY: +1-917-660-5755
Montreal: +1-514-652-9910

Begin forwarded message:

> **From:** Ghalia Lahlou <ghalia.lahlou@gmail.com>
> **Date:** January 17, 2012 3:21:22 PM EST (CA)
> **To:** Joslyn Claiborne <Joslyn@pacificstocktransfer.com>
> **Cc:** Antonio Treminio <atreminio@mac.com>
> **Subject: Certificate # 4445**
>
> Dear Mrs. Claiborne,
>
> I called your office earlier for the certificate # 4445 incorrect registration request that was pending. The lady I spoke to requested the name of the trustee for Solomon Capital 401k Trust and the address.
>
> **Trustee: Shlomo Sharbat**
> **Address: Gush Halav # 10, Tel-Aviv, Israel, 64581**
>
> Please let me know if you need any additional information.
>
> Thank you!
>
> Best regards,
>
>
>
> --
> **Ghalia Lahlou**
> NOVO Energies Corp.
> Executive Assistant
> O: (514) 840-3698
> F: (514) 221-3336
> M: (514) 651-2971

| Subject: | Re: Please See below |
| From: | sethsms47@aol.com (sethsms47@aol.com) |
| To: | ssharbat@yahoo.com; |
| Cc: | ghalia.lahlou@gmail.com; |
| Date: | Tuesday, January 17, 2012 10:09 PM |

I have no checks from you. Received one wire though for 50k.
Sent from my Verizon Wireless BlackBerry

From: Shlomo Sharbat <ssharbat@yahoo.com>
Date: Tue, 17 Jan 2012 22:04:30 +0200
To: sethsms47@aol.com<sethsms47@aol.com>
Cc: Ghalia Lahlou<ghalia.lahlou@gmail.com>
Subject: Re: Please See below

Seth - Do you have the 4 checks i fed exed you - there should be - 2 blue color  Solomon capital 401 k checks and 2 pink color  Solomon capital checks- i am so confused if it is the wire or the checks that were used or deposited to buy my 1 million shares of stock  and from which account name -? I'm sorry very unorganized but i was trying to help out and move fast for being a team player - don't throw away the checks just give to Ghalia to fed ex back to me so i can get it all organized for my accountant - I'm sure my accountant  can fix it for me

Sent from my iPad
shlomi sharbat -054 3311416

On Jan 17, 2012, at 17:13, sethsms47@aol.com wrote:

Thanx

Seth

Want to go over time frame for you to receive your shares

917 796 9926

PAGE 13/24            BERESHIT PROPERTIES            035293519            01/03/2012 14:40

| Subject: | quick update |
| From: | atremino (atreminio@mac.com) |
| To: | ssharbat@yahoo.com; |
| Cc: | SethSMS47@aol.com; |
| Date: | Wednesday, January 18, 2012 4:29 PM |

Shlomo,

I think it may be better that you and us work as peers.

We are in process of evaluating a top tier PR firm specializing in the biotech sector. We are not so sure anymore if we may want to proceed with Shai in charge of our media relations.

We were ready to sign 30 days ago, but matters btw you and him got us off track. I am trying to be up front with you so we have no surprises in the future.

We are putting a strong team to kick off our marketing campaign effectively as soon as our new name becomes effective. We have lots happening. We do want to work with you one on one, but we have some concerns devoting so much effort to one person for media, instead it may be better we retain a top tier Biotech PR firm that has already the contacts established. You have invested in our deal and are actively trying to raise more money to close this $5M - $0.10 PPM, we are now short about $1M, we will work out something with you one on one and if we decide to do something with Shai it should be separate so we avoid any interference.

Thanks very much,

Antonio Treminio
Office: +1-514-840-3697
NY: +1-917-660-5755
Montreal: +1-514-652-9910

#R1

| | |
|---|---|
| **Subject:** | Idea |
| **From:** | atremino (atreminio@mac.com) |
| **To:** | ssharbat@yahoo.com; |
| **Cc:** | sethsms47@aol.com; shaibaitel@yahoo.com; |
| **Date:** | Monday, February 6, 2012 11:39 PM |

Shlomo,

I would like to propose the following so we may come up with a definitive decision on your proposed contract:

First, it is important that you and Shai understand that none of us (including one of our best performers Philippe whom together we have raised several million earn the same dollar amount or shares that you have requested)

I believe to be fair to everyone we should consider making your agreement effective upon you or Shai successfully helping us secure at least $500,000 - On this basis we can sign the agreement tomorrow and be done!

Let me know what you think, comments welcome.

Antonio Treminio
Office: +1-514-840-3697
NY: +1-917-660-5755
Montreal: +1-514-652-9910


On Feb 6, 2012, at 3:45 PM, Shlomo Sharbat wrote:

> I spoke to Seth for over one hour just now - - i will speak to shai tonight and we will both try to help Seth with the 10- cent round now -
>
> Sent from my iPad
> shlomi sharbat -054 3311416

PAGE 18/24          BERESHIT PROPERTIES          0352293519          29/02/2012  01:14

Print

B-13

| | |
|---|---|
| **Subject:** | Re: Call me! |
| **From:** | sethsms47@aol.com (sethsms47@aol.com) |
| **To:** | ssharbat@yahoo.com; atreminio@mac.com; |
| **Date:** | Wednesday, February 15, 2012 8:43 PM |

Shlomo

I think that you can be very helpful to this deal and I think that you can be effective at raising capital if you put your mind to it. And the last two phone calls, in which you introduced investors were excellent.

I have asked you to help me raise capital in this 10 cent round so that the Company can have a superior balance sheet moving forward and have flexibility when it comes to clinical development and drug trials.

Right now, there is no other service this Company needs other than raising capital. Everything else is a drain and completely useless at this point. COMPLETELY USELESS. Without securing sufficient capital to develop the drug through clinical trials, there will be nothing of value here in the future.

This 3 million share figure that you are referring to is not possible, at this point in time. You have spoken about putting in 500,000 dollars and helping to raise additional capital. If that occurs in the very short term, we can negotiate a number that is very substantial.

But I have never committed 3 million shares which is roughly equal to $500,000 and unfortunately it makes you appear to be greedy, irrational, and senseless. Not the type of person you are at all.

We are not going to move forward with Shai, because the expectations were just way too far off. I allowed you to purchase 1,000,000 shares (that are eligible for free trade) for 5 cents a share, because I wanted you to feel that you were a part of the deal and be motivated to help us build this potentially blockbuster company.

I will work out the framework of a deal with you, BUT IT HAS TO BE ACCEPTABLE TO THE MANAGEMENT team. If you decide that you really want to help us raise capital, then it would be of great value and you'll let us know what is acceptable to u WITHIN REASON.

If you think than incurring unauthorized expenses in Israel is helpful to us, when we are busting our asses to raise capital for clinical trials, then you are mistaken about the Companys current needs

This is not at all a bad email I'm sending you, because I think you are being extremely helpful and I want you to be motivated. But there has to be legitimate justification for the issuance of 3 million shares (more than I currently own), and there simply isn't

Warmest Regards
Seth Shaw


------Original Message------
From: Shlomo Sharbat
To: atremino

about:blank

| Subject: | Re: You have to chill out |
| **From:** | sethsms47@aol.com (sethsms47@aol.com) |
| **To:** | ssharbat@yahoo.com; |
| **Date:** | Wednesday, February 15, 2012 9:18 PM |

I will call u tonight and work something out personally. I really really like you. I mean it. You were always there for me.
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: Shlomo Sharbat <ssharbat@yahoo.com>
Date: Wed, 15 Feb 2012 21:08:53
To: sethsms47@aol.com<sethsms47@aol.com>
Subject: Re: You have to chill out

I will not get you into any troubles or cause you any problems - I just know the value I added to immunovative thus far- and all the  time and money I spent must be worked on before hand not after- i put my faith in your word and applied 1000% of my energy missed my cousin wedding to meet Dr Har Noy - spent 1000 ds of hours helping them , got a gorgeous office ( will email you photos tomorrow if it's sunny - bought beautiful furniture and hired 2 top professional assistance ready to work - I got a good handle on how to move froward with a great group of tremendous interested investors that you even spoke to a few times - I also retained  a top lawyer who works with great bio tech investors ready to raise capital - I even went to my billionaire investors ready to meet you at his home in his London manor - I just need to focus on a deal that needs me and ready to pay and sticks to the agreement - I proved myself 10'fold now I wait for you
Sent from my iPad
shlomi sharbat -054 3311416

On Feb 15, 2012, at 20:53, sethsms47@aol.com wrote:

> Just relax.   That email u sent antonio just caused me a lot of grief.
> Sent from my Verizon Wireless BlackBerry

ヤ乙/ムI　ヨэⱯd              SƎIⱢɹƎԀOɹd ⱢIHSƎɹƎᗺ              6I9Ɛ6Ɛ6乙SƐ0    0ヤ:ヤI　乙I0乙/Ɛ0/I0

**Re: Re nice call on vvus - a double**

FROM: [ sethsms47@aol.com ]

TO: [ Shlomo ]

b-17

Thursday, February 23, 2012 10:03 PM

Hide Details

I should have letter this afternoon.  Only had 1500 vvus left.  Had to sell last year.

------Original Message------

From: Shlomo

To: Seth Shaw

Subject: Re nice call on vvus - a double

Sent: Feb 23, 2012 2:44 PM

Any luck on opinion letter - my assistant  Maxine may call u for info on details we may need with letter

Sent from my iPhone

Sent from my Verizon Wireless BlackBerry

Reply to sethsms47@aol.com                    Send

| Subject: | Re: purchase agreement Nvnc 1 million shares |
|---|---|
| **From:** | sethsms47@aol.com (sethsms47@aol.com) |
| **To:** | ssharbat@yahoo.com; |
| **Date:** | Sunday, February 26, 2012 5:54 PM |

Yes will sign and fax to you at 212-214-0432

This is what Ghalia also has actually.


-----Original Message-----
From: Shlomo Sharbat <ssharbat@yahoo.com>
To: Seth Shaw <sethsms47@aol.com>
Cc: Ronald J. Logan <Logan@LoganLF.com>
Sent: Sun, Feb 26, 2012 10:48 am
Subject: Fwd: Re purchase agreement Nvnc 1 million shares

Seth this needs to be signed today and emailed to me and Ron Logan please - the proof of purchase of the trafalger
note will also be needed and then we can probably get the green light finally and have the opinion letter that was due
months ago even as of last week - I believe you mentioned you have the copy of your purchase of the trafalger note so
email both or fax to 212-214-0432 which is my Efax - please email today all of us will be working around the lock even
on sunday to speed this along now
Sent from my IPad
shlomi sharbat -054 3311416

Begin forwarded message:

> **From:** Shlomo <ssharbat@yahoo.com>
> **Date:** February 26, 2012 8:31:24 GMT+02:00
> **To:** Seth Shaw <sethsms47@aol.com>
> **Cc:** Shlomo <ssharbat@yahoo.com>
> **Subject: Re purchase agreement Nvnc 1 million shares**

  email back signed ASAP-

  Sent from my iPhone

  Begin forwarded message:

> **From:** "eFax" <message@inbound.efax.com>
> **Date:** 26 08:22:18 2012 בפברואר GMT+02:00
> **To:** ss@solcapllc.com
> **Subject:** eFax message from "035293519" - 4 page(s), Caller-ID: 000-529-3519

  Easy faxing anywhere.™

Fax Message [Caller-ID: 000-529-3519]

PAGE 20/24          BERESHIT PROPERTIES          035293519    14:40    01/03/2012

| Subject: | Re: Fwd: purchase agreement Nvnc 1 million shares |
|---|---|
| From: | sethsms47@aol.com (sethsms47@aol.com) |
| To: | ssharbat@yahoo.com; |
| Date: | Sunday, February 26, 2012 7:55 PM |

Ghalia has all the signed copies. Its always how it works.
Sent from my Verizon Wireless BlackBerry

**From:** Shlomo Sharbat <ssharbat@yahoo.com>
**Date:** Sun, 26 Feb 2012 19:48:49 +0200
**To:** Seth Shaw<sethsms47@aol.com>
**Subject:** Fwd: purchase agreement Nvnc 1 million shares

See below

Sent from my iPad
shlomi sharbat -054 3311416

Begin forwarded message:

> **From:** "Ronald J. Logan" <Logan@LoganLF.com>
> **Date:** February 26, 2012 19:31:43 GMT+02:00
> **To:** "Shlomo Sharbat" <ssharbat@yahoo.com>
> **Subject: RE: purchase agreement Nvnc 1 million shares**
>
> Solomon
> The agreement attached to your e-mail was not signed. We need a signed version and the
> "Notice of Conversion."
> Ron
>
> Ronald J. Logan
> Logan Law Firm PLC
> Suite 303
> 2999 North 44th Street
> Phoenix, AZ 85018-7250
>
> Office: (602) 957-9320
> Direct line: (602) 614-4488
> General fax: (602) 532-7694
> Rule 144 letters fax: (602) 926-8981
>
> ---
>
> From: Shlomo Sharbat [mailto:ssharbat@yahoo.com]
> Sent: Sun 2/26/2012 8:57 AM

**From**:   Shlomo Sharbat <ssharbat@yahoo.com>
**To**:   "sethsms47@aol.com" <sethsms47@aol.com>
**Subject**:   Re: Today's Press Release: Novo Energies Corporation Announces Immunovative Therapies, Ltd. Appointment of Asia Global Research Co., Ltd. as CRO for Clinical Trial Program in Bangkok, Thailand
**Date**:   Wed 03/21/12 12:51 PM

Ok but the floor ,,It must be in the agreement / does he know about what we spoke about on 1.5 million shares a floor at .075 - on the 500,000 shares opinion letter on April 21 -2012 and on the 1 million shares opinion on June 9-2012
and on the 500,000 shares a floor at .055 cents with an opinion letter at sept for the last 500,000 share block
All opinion letters will be provided by you and paid for  by ?
In the event I raise money And a grant comes in I want to have some consideration as a one year commitment in writting only fair - I made the foundation to raise capital much easier now if it comes -  in

Sent from my iPad
shlomi sharbat -054 3311416

On Mar 21, 2012, at 21:41, sethsms47@aol.com wrote:

He won't agree to any salary. Unless its retroactive. If I push any harder, it will likely end up with very bad results.
Sent from my Verizon Wireless BlackBerry

---

**From:** Shlomo Sharbat <ssharbat@yahoo.com>
**Date:** Wed, 21 Mar 2012 21:21:40 +0200
**To:** Seth Shaw<sethsms47@aol.com>
**Subject:** Fwd: Today's Press Release: Novo Energies Corporation Announces Immunovative Therapies, Ltd. Appointment of Asia Global Research Co., Ltd. as CRO for Clinical Trial Program in Bangkok, Thailand

Seth - where do we stand - ? - I can't fly out to meet until we have this in place - lets close this already - 3-4 months must be a salary consultant I will work and  already put in the work - so if there's a problem let me know so this can be resolved now

Sent from my iPad
shlomi sharbat -054 3311416

Begin forwarded message:

**From:** atremino <atreminio@mac.com>
**Date:** March 21, 2012 21:18:31 GMT+02:00
**To:** Shlomo Sharbat <ssharbat@yahoo.com>
**Subject: Re: Today's Press Release: Novo Energies Corporation Announces Immunovative Therapies, Ltd. Appointment of Asia Global Research Co., Ltd. as CRO for Clinical Trial Program in Bangkok, Thailand**

I have sent you the agreement already and has stated the basis for Consulting Agreement. You mentioned that you were going to get back to me, but didn't hear anything back, it is why I thought this may be a good opportunity to meet; it is only a 2:30 hour flight from Tel Aviv to Zurich.

Thanks,
AT

On Mar 21, 2012, at 3:06 PM, Shlomo Sharbat wrote:

I have a key investor -Jessleson - let's finalize both agreements ASAP

Sent from my iPad
shlomi sharbat -054 3311416

On Mar 21, 2012, at 20:01, atremino <atreminio@mac.com> wrote:

Hi Shlomo,

We are going to be in Monaco from March 30th through April 1st, then on April 3 through the 4th in Zurich.

There are directly flights from Tel Aviv to Zurich via Swiss air every day, why don't you come to meet us on the 3rd (We have meeting with a large fund on the 4th) so may be would be ideal…If so, let me know and I will book you a room at the same hotel where we are staying.

Hope you can make it.

Best regards,
Antonio


On Mar 21, 2012, at 1:45 PM, Shlomo wrote:


Nice video

Sent from my iPhone

On 21 2012 במרץ, at 15:30, Ghalia Lahlou <glahlou@impera-advisory.com> wrote:

Dear friends and shareholders,

Attached please find a copy of today's press release; please click on the link below for our Video Press Release:

### Novo Energies Corporation Announces Immunovative Therapies, Ltd. Appointment of Asia Global Research Co., Ltd. as CRO for Clinical Trial Program in Bangkok, Thailand

Video Press release:  http://www.youtube.com/watch?v=FEhK1aRqH5s

Please feel free to contact us should you have any questions or inquiries.

Thank you!

Best regards,

--
Ghalia Lahlou
Impera Advisory


417, rue St-Pierre, suite 804
Montréal, Québec, H2Y 2M4

T:  +1 (514) 667-9470
M: +1 (514) 651-2971
E:  glahlou@impera-advisory.com

(To unsubscribe from this mailing list, please reply to this email)

<(03-21-2012) Immunovative PR-CRO Thailand.pdf>


--
Ghalia Lahlou
Impera Advisory


417, rue St-Pierre, suite 804
Montréal, Québec, H2Y 2M4

T:  +1 (514) 667-9470
M: +1 (514) 651-2971
E:  glahlou@impera-advisory.com